IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KARRI D. MICHAEL** | : | Civil Action No. 1:12-cv-00003-MBC |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **FEDEX GROUND PACKAGE** | : | |
| **SYSTEM, INC. and FEDEX** | : | |
| **CORPORATION** | : | |
| | : | *ELECTRONICALLY FILED* |
| **Defendants.** | : | |

## ATTORNEY APPEARANCE

I, Dianna S. Karg, a member of the bar of this Court, hereby enter my appearance in the above captioned matter on behalf of Defendant FedEx Ground Package System, Inc.

                                              Respectfully submitted,

                                              FEDEX GROUND PACKAGE SYSTEM, INC.

Date:  March 6, 2012             /s/ *Dianna S. Karg*
                                              Dianna S. Karg, Esquire
                                              PA ID No. 86477
                                              1000 FedEx Drive
                                              Moon Township, PA  15108
                                              (412) 262-6063 – Direct Line
                                              (412) 859-5450 – Facsimile
                                              dianna.karg@fedex.com

## **CERTIFICATE OF SERVICE**

      I certify that on March 6, 2012, I filed Defendant FedEx Ground Package System, Inc.'s Attorney Appearance using the Court's CM/EMF filing system which will automatically send e-mail notification of such filing to the following individuals of record:

> Derrek W. Cummings, Esquire
> McCARTHY WEISBERG CUMMINGS, P.C.
> 2041 Herr Street
> Harrisburg, PA  17103-1624
> dcummings@mwcfirm.com
>
> *Attorney for Plaintiff*

                                              */s/Dianna S. Karg*
                                              Counsel for Defendant