IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KARRI D. MICHAEL,<br><br>    Plaintiff,<br><br>vs.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 1:12-cv-00003-MBC<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby agreed by and between the Plaintiff, Rudloph D. Harrell, and Defendant, FedEx Ground Package System, Inc., that all claims in the matter be dismissed in their entirety with prejudice, with each party is to bear its own costs.

Dated:  August 28, 2012

Respectfully Submitted:

| | |
|---|---|
| Karri D. Michael,<br>By her Attorney, | FedEx Ground Package System, Inc.<br>By its Attorney, |
| /s/ Derrek W. Cummings<br>Derrek W. Cummings, Esquire | /s/ Dianna S. Karg<br>Dianna S. Karg, Esquire |
| McCarthy Weisberg Cummings, P.C.<br>2041 Herr Street<br>Harrisburg, PA 17103-1624<br>Phone: (717) 238-5707<br>Fax: (717) 233-8133<br>dcummings@mwcfirm.com | FedEx Ground Package System, Inc.<br>1000 FedEx Drive<br>Moon Township, PA  15108<br>(412) 262-6063 – Direct Line<br>(412) 859-5450 – Facsimile<br>dianna.karg@fedex.com |