IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KARRI D. MICHAEL, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 1:12-cv-00003-MBC |
| FEDEX GROUND PACKAGE SYSTEM, INC. | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby agreed by and between the Plaintiff, Rudloph D. Harrell, and Defendant, FedEx Ground Package System, Inc., that all claims in the matter be dismissed in their entirety with prejudice, with each party is to bear its own costs.

Dated: August 28, 2012

Respectfully Submitted:

| | |
|---|---|
| Karri D. Michael, | FedEx Ground Package System, Inc. |
| By her Attorney, | By its Attorney, |
| /s/ Derrek W. Cummings | /s/ Dianna S. Karg |
| Derrek W. Cummings, Esquire | Dianna S. Karg, Esquire |
| McCarthy Weisberg Cummings, P.C. | FedEx Ground Package System, Inc. |
| 2041 Herr Street | 1000 FedEx Drive |
| Harrisburg, PA 17103-1624 | Moon Township, PA 15108 |
| Phone: (717) 238-5707 | (412) 262-6063 – Direct Line |
| Fax: (717) 233-8133 | (412) 859-5450 – Facsimile |
| dcummings@mwcfirm.com | dianna.karg@fedex.com |

So ordered this 30th day of August, 2012.

Maurice B. Cohill Jr.